JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMIE LYNN FRANZ, | ) | Case No.  1:25-CV-01331-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to February 16, 2026, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's work backlog.

1   The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 30, 2025            JACQUELINE A. FORSLUND
                                   Attorney at Law

                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff


Date:  December 30, 2025           ERIC GRANT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Head of Program Litigation 1
                                   Social Security Administration | Law & Policy

                                   */s/ Oscar Gonzalez De Llano*
                                   OSCAR GONZALEZ DE LLANO
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant

ORDER

Pursuant to the parties' stipulation, and cause appearing, Plaintiff shall file her Motion for Summary Judgment on or before February 16, 2026.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **December 31, 2025**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

**Franz v. Bisignano**       Stipulation and ~~Proposed~~ Order       E.D. Cal. 1:25-cv-01331-BAM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28