JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMIE LYNN FRANZ,                        )    Case No.  1:25-CV-01331-FRS (SAB)
                                         )
                                         )    **AMENDED**
        Plaintiff                        )    **STIPULATION AND PROPOSED**
                                         )    **ORDER FOR EXTENSION OF TIME**
v.                                       )    **TO FILE PLAINTIFF'S OPENING BRIEF**
                                         )
FRANK BISIGNANO,                         )
Commissioner of Social Security,         )
                                         )
        Defendant                        )
                                         )
_____  )

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to March 18, 2026, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel has not yet had an opportunity to address the record in this case.  As counsel's physical limitations allow for only three hours of work a day, an additional 30 days is requested.

**Franz v. Bisignano**          **Stipulation and Order**     **E.D. Cal. 1:25-cv-01331-FRS (SAB)**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.


Respectfully submitted,


Date: February 12, 2026                    JACQUELINE A. FORSLUND
                                           Attorney at Law


                                           */s/Jacqueline A. Forslund*
                                           JACQUELINE A. FORSLUND

                                           Attorney for Plaintiff


Date:  February 12, 2026                   ERIC GRANT
                                           United States Attorney
                                           MATHEW W. PILE
                                           Head of Program Litigation 1
                                           Social Security Administration | Law & Policy

                                           */s/ Oscar Gonzalez De Llano*
                                           OSCAR GONZALEZ DE LLANO
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant


**Franz v. Bisignano**                     **Stipulation and Order       E.D. Cal. 1:25-cv-01331-FRS (SAB)**

### **ORDER**

Pursuant to the parties' joint stipulation (Doc. 14) and good cause having been shown, it is ORDERED that:

1.  Plaintiff shall have a 30-day extension of time, from February 16, 2026 to March 18, 2026, for Plaintiff to serve Defendant with Plaintiff's Opening Brief;

2.  All other dates in the Court's Scheduling Order (Doc. 3) shall be extended accordingly; and

3.  As Doc. 13 is the amended version of Doc. 12, with only the name of the Magistrate Judge revised, Doc. 12 is DENIED as moot.

IT IS SO ORDERED.

Dated:    **February 13, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge