ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN FRANZ, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 1:25-cv-01331-FJS <br><br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 35 days, from April 17, 2026 to May 22, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing reductions and organizational changes, the undersigned counsel for the Commissioner has received many additional cases requiring answers and briefing, including the instant case, which was just reassigned to her. The undersigned is also

Stipulation; Order                          Page 1                          Case No. 1:25-cv-01331-FJS

responsible for jurisdictional coordination matters and miscellaneous litigation cases, which are unpredictable and require time and attention on short notice.  For these reasons, counsel for the Commissioner needs additional time in the instant case in order to review the substantial administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: April 10, 2026                        FORSLUND LAW LLC

                                             By:*/s/ Jacqueline Forslund\**
                                                JACQUELINE FORSLUND
                                                Attorneys for Plaintiff
                                                [*As authorized by e-mail on Apr. 10, 2026]


Dated: April 14, 2026                        ERIC GRANT
                                             United States Attorney
                                             MATHEW W. PILE
                                             Head of Program Litigation 1
                                             Social Security Administration | Law & Policy

                                    By:      */s/ Margaret Branick-Abilla*
                                             MARGARET BRANICK-ABILLA
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on May 22, 2026, and Plaintiff's optional reply shall be due within fourteen days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:    **April 14, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE