UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN FRANZ,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.  1:25-cv-01331-FJS<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 20) |

On May 18, 2026, the parties stipulated to remand this matter. (ECF No. 20.) The court GRANTS the parties' stipulation for remand and ORDERS the following:

1. This action will be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. On remand, the Commissioner will further consider Plaintiff's impairments, further evaluate the medical evidence, take further action to complete the administrative record, as necessary, and issue a new decision;

3. The clerk of the court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

4. All pending matters and dates in this action are VACATED.

IT IS SO ORDERED.

Dated:  **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1